UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ROWYDA QATAMIN, | Civil No. 3:20-CV-05255-RSM |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including July 14, 2020, to file an Answer to Plaintiff's Complaint, including the certified administrative record. If the Commissioner is unable to file the certified administrative record on or before that date, Defendant shall file another motion for extension or status report as appropriate.

DATED this 17th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 1    ORDER - [3:20-CV-05255-RSM]

Presented by:

s/ Lars J. Nelson
LARS J. NELSON
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3717
Fax: (206) 615-2531
lars.nelson@ssa.gov