U.S. District Court Judge RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ROWYDA QATAMIN, | Case No. C20-5255 RSM |
| Plaintiff, | AGREED ORDER RE EAJA FEES |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that EAJA attorney's fees of $ 6,565.85 are awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to JEANETTE LAFFOON, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, <u>JEANETTE LAFFOON, at 410-A South Capitol Way, Olympia, WA 98501</u>.

AGREED ORDER RE EAJA FEES   - Page 1
[C20-5255-RSM]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

DATED: April 8, 2021

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ JEANETTE LAFFOON
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff

Approved for entry,
Notice of presentation waived:

/s/ LARS J. NELSON
LARS J. NELSON
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per email authorization)*

AGREED ORDER RE EAJA FEES   - Page 2
[C20-5255-RSM]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

CERTIFICATE OF ELECTRONIC FILING:

This is to certify that I electronically filed the foregoing Agreed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

LARS J. NELSON
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS 221A
Seattle, WA  98104-7075
lars.nelson@ssa.gov

Kerry J. Keefe
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA  98101-1271
Kerry.keefe@usdoj.gov


DATED:  February 5, 2021

/s/ Jeanette Laffoon
Jeanette Laffoon, Attorney
MADDOX & LAFFOON, P.S.
jeanettelaffoon@gmail.com

AGREED ORDER RE EAJA FEES     - Page 3
[C20-5255-RSM]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276